## *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 21, 2015

```
Mr. Jim D. Waide III
Waide & Associates, P.A.
P.O. Box 1357
Tupelo, MS 38802

     No. 15-60567   Gregory Davidson v. Michael Gray, et al
                    USDC No. 1:14-CV-230


Dear Mr. Waide,

The caption in the above case has been update.  Please use the
enclosed caption in with all filings.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: /s/Sabrina Short
                                  Sabrina Short, Deputy Clerk
                                  504-310-7817
```

GREGORY PAYNE DAVIDSON,

Plaintiff - Appellant

v.

UNITED STATES OF AMERICA,

Defendant - Appellee